UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LUIS J. GUILLEN,           )<br>                                       )<br>            Petitioner,        )<br>                                       )<br>v.                                    )       No. 1:06-cv-1354-DFH-TAB<br>                                       )<br>AL C. PARKE,                 )<br>                                       )<br>            Respondent.     ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date:  2/7/2007

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By: Deputy Clerk

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

Luis J. Guillen
DOC #978407
Putnamville Correctional Facility
1946 W. US HWY 40
Greencastle, IN 46135